Tomas A. Guterres, Esq. (State Bar No. 152729)
Jessica J. Mead, Esq. (State Bar No. 299050)
COLLINS + COLLINS LLP
790 E. Colorado Boulevard, Suite 600
Pasadena, CA  91101
(626) 243-1100 – FAX (626) 243-1111
Email:  tguterres@ccllp.law; jmead@ccllp.law

Attorneys for Defendants,
COUNTY OF LOS ANGELES, DEPUTY VILANOVA, and DEPUTY GERMAN ZAMBRANO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSY DUENAS HERNANDEZ, | CASE NO. 2:21-cv-3937 |
| Plaintiffs, | |
| vs. | **NOTICE OF REMOVAL** |
| COUNTY OF LOS ANGELES, by and through the LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; DEPUTY VILANOVA; DEPUTY SANDOVAL; DEPUTY GERMAN ZAMBRANO; DEPUTY RAUL ALVAREZ; DOES 1-25, inclusive, | |
| Defendants. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendants County of Los Angeles, Deputy Vilanova and Deputy German Zambrana (collectively "County Defendants") hereby removes to this Court the state court action described below.

1. On March 19, 20201, an action was commenced in the Superior Court of the

*23074*

COLLINS + COLLINS LLP
790 E. Colorado Boulevard
Suite 600
Pasadena, CA  91101
Phone  (626) 243-1100
Fax      (626) 243-1111

State of California, in the County of Los Angeles, entitled *Jessy Duenas Hernandez vs. County of Los Angeles, et. al.*, Case No. 21STCV10718, hereto attached as **Exhibit "A"**.

2. The first date upon which Defendant County of Los Angeles received a copy of the said complaint was April 9, 2021 when County was served with a copy of the said complaint and summons from the said state court. A copy of the summons is attached hereto as **Exhibit "B"**.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by County Defendants pursuant to the provisions of 28 U.S.C. § 1441(a) in that the complaint asserts claims by Plaintiff arising under 42 U.S.C. § 1983 and therefore removal is based on a claiming arising under federal law.

4. All defendants who have been served with Summons and complaint have joined in this Notice of Removal. Defendants Deputy Sandoval and Deputy Rual Alvarez have not joined in this Notice of Removal because they have not been served with the summons and complaint.

DATED: May 10, 2021   COLLINS + COLLINS LLP

By: _____
JESSICA J. MEAD
TOMAS A. GUTERRES
Attorneys for Defendants,
COUNTY OF LOS ANGELES,
DEPUTY VILANOVA, and DEPUTY
GERMAN ZAMBRANO

*23074*

2
**NOTICE OF REMOVAL**

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California,                )
                                    ) ss.
County of Los Angeles.              )

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action. My business address is 790 E. Colorado Boulevard, Suite 600, Pasadena, California 91101.

On this date, I served the foregoing document described as **NOTICE OF REMOVAL** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTATCHED SERVICE LIST**

☒ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Pasadena, California to be served on the parties as indicated above. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Pasadena, California.

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed above.

☐ **(ELECTRONIC SERVICE PER CODE CIV. PROC., § 1010.6)** – By prior consent or request or as required by rules of court (Code Civ. Proc., § 1010.6 (amended Jan. 1, 2021); Code Civ. Proc., § 1013(g); Cal. Rules of Court, rule 2.251(a)).

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on May 10, 2021 at Pasadena, California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Austin Kang
akang@ccllp.law

*23074*

3
**NOTICE OF REMOVAL**

COLLINS + COLLINS LLP
790 E. Colorado Boulevard
Suite 600
Pasadena, CA 91101
Phone (626) 243-1100
Fax    (626) 243-1111

**JESSY DUENAS HERNANDEZ VS. COUNTY OF LOS ANGELES ET AL.**
**OUR FILE NO. 23074**

**SERVICE LIST**

Daniel C. Sharpe
WINDSOR TROY
3701 Wilshire Blvd., Suite 1111
Los Angeles, CA 90010
T: (323) 800-5405 – F: (323) 800-5406
**ATTORNEY FOR PLAINTIFF, JESSY DUENAS HERNANDEZ**

*23074*

4
**NOTICE OF REMOVAL**