UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 21-3937 MWF (AFMx)**                              Dated: February 8, 2022

Title:       JESSY DUENAS HERNANDEZ -v- COUNTY OF LOS ANGELES, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                          None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

   In light of the Parties' Notice of Conditional Settlement [Docket No. 31] filed February 7, 2022, and the representations therein, the Court sets a hearing on Order To Show Cause Re Dismissal for **AUGUST 8, 2022** at **11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  **All other hearings and deadlines are hereby vacated.**

   IT IS SO ORDERED.

MINUTES FORM 90                                          Initials of Deputy Clerk   rs
CIVIL - GEN